Joseph C. Faucher, No. 137353
Brian D. Murray, No 294100
TRUCKER ✦ HUSS
A Professional Corporation
15821 Ventura Blvd., Suite 510
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com
bmurray@truckerhuss.com

Attorneys for Defendant
NORTHROP GRUMMAN CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: THE ESTATE OF WILLIAM S. JACKSON. | Case No. 19-cv-00149- DOC-DFM |
| CANDACE WEIDMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NORTHROP GRUMMAN CORPORATION, a Delaware corporation, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., a Massachusetts corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE [14]** |

# ORDER

IT IS HERBY ORDERED that plaintiff Candace Weidman and defendant Northrop Grumman Corporation's Stipulation to Dismiss Case with Prejudice is hereby granted. This action is hereby dismissed with prejudice as to all claims and parties. All parties shall bear their respective attorneys' fees and costs incurred in this lawsuit.

IT IS SO ORDERED:

Dated: March 22, 2019

*David O. Carter*
Hon. David O. Carter
United States District Court Judge